UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | HONORABLE PAUL L. MALONEY |
| REQUEST FOR PRODUCTION OF JAMES MICHAEL HORTON, (Register No. 12748-040) | Case No. 1:09-mc-117 |
| _____/ | |
| IN RE: | U.S. Bankr. Court (W.D. Mich,) Case No. HG 04-14905 |
| CYBERCO HOLDINGS, INC., | |
| Debtor. | |
| _____/ | |
| IN RE: | U.S. Bankr. Court (W.D. Mich,) Case No. HG 05-00690 |
| TELESERVICES GROUP, INC., | |
| Debtor. | |
| _____/ | |
| MARCIA R. MEOLI, Trustee of Teleservices Group, Inc., | |
| Plaintiff, | |
| v. | U.S. Bankr. Court (W.D. Mich,) Adv. Pro. No.. 07-80037 |
| HUNTINGTON NATIONAL BANK. a national bank, | |
| Defendant. | |
| _____/ | |

**ORDER FOR RETURN OF FEDERAL PRISONER
IN THE CUSTODY OF THE UNITED STATES**

On November 5, 2009, this Court ordered the production of one James Michael

Horton, Register No. 12748-040, confined at the federal correctional institution in Oxford,

Wisconsin, for testimony at the United States Bankruptcy Court for the Western District of Michigan, Grand Rapids, Michigan, in the cases <u>In re Cyberco Holdings, Inc.</u>, HG 04-14905, <u>In re Teleservises, Group, Inc.</u>, HG 05-00690, and <u>Meoli v. Huntington National Bank</u>, Adv. Pro. No. 07-80037, as directed by Judge Jeffrey R. Hughes.  Having been informed by Judge Hughes of the conclusion of the witness's testimony, said person shall be returned to the aforementioned custody as soon as practicable.

        **IT IS SO ORDERED**.


Date:  January 7, 2010                                                 /s/ Paul L. Maloney
                                                                                       Paul L. Maloney
                                                                                       Chief United States District Judge